UNITED STATES DISTRICT COURT
DISTRICT OF PURTO RICO (SAN JUAN)

Civil Action
No:  3:20-01224-WGY

COLON-ROMAN et al
Plaintiffs

v.

ALLIED UNIVERSAL et al
Defendants

ORDER OF DISMISSAL

YOUNG,D.J.

After a hearing held on January 14, 2021, this Court Orders that the case is dismissed without prejudice.   The case shall not be brought in Federal Court again.   Case dismissed without prejudice.

Maria Antongiorgi Jordan, Esq.
Clerk

By:    /s/ Jennifer Gaudet
Deputy Clerk